

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973-533-0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/25

## MEMORANDUM ENDORSED

**Lawrence Bluestone, Esq.**
Partner
Member of NJ Bar & NY Bar
Lbluestone@GenovaBurns.com
Direct Dial/Fax:  973.535.4434

April 21, 2025

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      **Re:**    **GPC3 I, LLC v. Cort Javarone,**
              **Civil Action No. 1:25-cv-60-GHW**

Dear Judge Woods:

    Our firm represents Plaintiff GPC3 I, LLC in the above matter.  I write, with the consent of Defendant's counsel, to request an adjournment of the telephonic pre-motion conference scheduled for April 24, 2025, at 1:00 p.m. (ECF No. 19).  This is the first requested adjournment.

    I am scheduled to argue a motion in Sussex County, New Jersey later in the morning of April 24, 2025 and anticipate that I will still be driving back to my office at 1:00 p.m.  I have conferred with Defendant's counsel, and we are both available after 3:00 p.m. on April 24, and any time in the afternoon on April 28, 29, 30 or May 1.

    Thank you for your time and attention to this matter.

                          Respectfully submitted,

                          **GENOVA BURNS LLC**

                          */s/ Lawrence Bluestone*

                          LAWRENCE BLUESTONE

LB:sm
c:     Corey D. Boddie, Esq. (via ECF)

---

Application granted.  Plaintiff's request for an adjournment of the pre-motion conference scheduled for April 24, 2025, Dkt. No. 20, is granted.  The pre-motion conference scheduled for April 24, 2025 is adjourned to April 28, 2025 at 12:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: April 22, 2025
New York, New York                GREGORY H. WOODS
                                   United States District Judge