USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                         :

GPC3 I, LLC,                                                              :

                                                Plaintiff,    :                   1:25-cv-60-GHW

                                                                       :

                         -v -                            :                   <u>ORDER</u>

                                                                       :

CORT JAVARONE,                                       :

                                                                       :

                                              Defendant.   :

                                                                       :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on April 28, 2025, Defendant's motion to dismiss is due by May 28, 2025; Plaintiff's opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiff's opposition.

      SO ORDERED.

Dated: April 28, 2025
New York, New York

                                                                GREGORY H. WOODS
                                                     United States District Judge